PEARSON, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| JANE DOE, *et al.*, | ) CASE NO. 4:25-CV-01822 |
| Plaintiffs, | ) |
| | ) JUDGE BENITA Y. PEARSON |
| v. | ) |
| URSULINE HIGH SCHOOL, *et al.*, | ) **MEMORANDUM OF OPINION** |
| | ) **AND ORDER** |
| Defendants. | ) [Resolving ECF No.78] |
| | ) |

      The Court considers Defendants Catholic Diocese of Youngstown, Ursuline High School, Matthew Sammartino, Margaret Damore, and John DeSantis' Motion for Leave to Exceed Page Limitations for their Memorandum in Support of a Motion for Judgment on the Pleadings. *See* ECF No. 78. For the reasons below, the motion is granted in part.

      Pending the case management conference scheduled for December 17, 2025—*see* ECF No. 44—this case remains on a standard litigative track. *See* Local Rule 16.2. Without prior approval, memoranda supporting dispositive motions may not exceed twenty pages for standard cases, thirty pages for complex cases, or fifty pages for mass tort cases. *See* Local Rule 7.1(f). Diocese Defendants anticipate filing a motion for judgment on the pleadings and seek permission to file a supporting memorandum up to fifty pages long. *See* ECF No. 78 at PageID #: 1339. Although Plaintiffs' amended complaint contains 290 pages, approximately 1,500 paragraphs, and 42 separate causes of action, the legal issues therein are neither complicated nor unique. *See* ECF No. 45. Accordingly, there is no reason to prematurely stray beyond the prescribed boundaries of Local Rule 7.1(f).

(4:25-CV-01822)

Still, given the volume of claims against them, Diocese Defendants' Motion for Leave to Exceed Page Limitations for their Memorandum in Support of Motion for Judgment on the Pleadings, *see* ECF No. 78, is granted in part: they are granted permission to file a memorandum in support up to thirty pages (excluding the requisite table of contents and table of authorities.) Likewise, Plaintiffs may file a brief in opposition of up to thirty pages in response to the forthcoming motion.

IT IS SO ORDERED

| | |
|---|---|
| December 8, 2025 | */s/ Benita Y. Pearson* |
| Date | Benita Y. Pearson |
| | United States District Judge |

2