PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JANE DOE *et al.*, | ) | |
| | ) | CASE NO. 4:25-CV-01822 |
| Plaintiffs, | ) | |
| | ) | |
| *v.* | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| URSULINE HIGH SCHOOL *et al.*, | ) | |
| | ) | **ORDER** |
| Defendants. | ) | [Resolving ECF No. 115] |

Defendants Daniel Reardon, Timothy McGlynn, and Christian Syrianoudis ("Coach Defendants") enter a Motion to Seal Plaintiffs' Complaint, Amended Complaint, and Second Amended Complaint.  *See* ECF No. 115.  Plaintiffs oppose.  *See* ECF No. 117.  The Motion is granted to the extent practicable and denied to the extent it is redundant.

The Court resolved the core issue raised in the Motion in its ruling issued at ECF No. 108[1] in which it ordered:

> The following paragraphs are hereby *stricken from Plaintiffs' second amended complaint* (ECF No. 45): ¶ 13 (including footnote), ¶ 7, ¶¶ 99–123, ¶ 146, ¶ 157, ¶ 169, ¶ 398. ¶¶ 412–13, ¶ 415, ¶ 418, ¶¶ 453–54, ¶ 520 (second sentence), ¶¶ 533–37, ¶ 552, ¶¶ 594–95, ¶ 750, ¶ 752 (sentences 2–4), ¶¶ 823–49, ¶¶ 851–54, ¶ 884, ¶ 946, ¶ 953, ¶¶ 955–57, and ¶¶ 959–67. *The statements within those paragraphs are extraneous and shall removed from Plaintiffs' forthcoming third amended complaint*, whether in their original or renumbered form. (emphasis added).

ECF No. 108 at PageID #: 1740.  Therefore, while sealing is not necessary, the

---

[1] ECF No. 108 is fully incorporated herein.

(4:25-CV-01822)

(1) The Clerk of Court is hereby ordered to restrict access to Plaintiffs' complaint, first amended complaint, and second amended complaint.  *See* ECF Nos. 1, 22, 45.

(2) No later than February 18, 2026, Plaintiffs shall refile their second amended complaint with the following paragraphs stricken: ¶ 13 (including footnote), ¶ 7, ¶¶ 99–123, ¶ 146, ¶ 157, ¶ 169, ¶ 398. ¶¶ 412–13, ¶ 415, ¶ 418, ¶¶ 453–54, ¶ 520 (second sentence), ¶¶ 533–37, ¶ 552, ¶¶ 594–95, ¶ 750, ¶ 752 (sentences 2–4), ¶¶ 823–49, ¶¶ 851–54, ¶ 884, ¶ 946, ¶ 953, ¶¶ 955–57, and ¶¶ 959–67.  *See* ECF No. 45.  No other content may be amended therein.

IT IS SO ORDERED.

February 12, 2026
Date

/s/ Benita Y. Pearson
Benita Y. Pearson
United States District Judge

2