PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JANE DOE *et al.*, | ) | |
| | ) | |
| Plaintiff(s), | ) | CASE NO. 4:25-CV-01822 |
| | ) | |
| *v.* | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| URSULINE HIGH SCHOOL *et al.*, | ) | **ORDER** |
| | ) | [Resolving ECF No. 130] |
| Defendant(s). | ) | |

On November 10, 2025, Plaintiffs Jane Doe, Son Doe, and Daughter Doe filed a Second Amended and Supplemental Complaint (ECF No. 45) against, *inter alia*, Defendants C.C., Christopher Crilley. and Gina Crilley. Despite proper service, these Defendants failed to plead or otherwise defend—prompting Plaintiffs to move for entry of default (ECF No. 130) on January 20, 2026. The Court refrained from resolving that Motion while the Parties continued settlement negotiations with the Magistrate Judge.

On March 12, 2026, the Magistrate Judge notified the Court that "the . . . Parties have reached a tentative resolution subject to approval by the state probate court." Notice [Non-Document] 03/06/2026. Consequently, on March 18, 2026, Plaintiffs claims against Defendants C.C., Christopher Crilley. and Gina Crilley were dismissed without prejudice (ECF No. 163). Because they are, therefore, no longer Parties to this litigation, Plaintiffs' Motion for Default Judgment (ECF No. 130) is denied as moot.

IT IS SO ORDERED.

April 10, 2026
Date

*/s/ Benita Y. Pearson*
Benita Y. Pearson
United States District Judge