PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JANE DOE *et al.*, | ) | |
| | ) | CASE NO: 4:25-CV-01822 |
| Plaintiffs, | ) | |
| | ) | |
| *v.* | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| URSULINE HIGH SCHOOL *et al.*, | ) | |
| | ) | **ORDER** |
| Defendants. | ) | |

On April 28, 2026, the Magistrate Judge notified the Court that, pending state probate court proceedings, Plaintiffs have reached a settlement with Defendants T.S. and Charlotte Syrianoudis. *See* Minutes of Proceedings [non-document] dated 4/28/2026. Accordingly, the docket shall be marked "settled and dismissed without prejudice" for all claims against them. Within three days of the finalization of state probate court proceedings, these Parties shall submit an executed stipulation and proposed order of dismissal with prejudice which, if approved, will supersede this Order.

IT IS SO ORDERED.

April 29, 2026
Date

*/s/ Benita Y. Pearson*
Benita Y. Pearson
United States District Judge