PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JANE DOE, *et al.*, | ) | |
| | ) | CASE NO. 4:25-CV-01822 |
| Plaintiffs, | ) | |
| | ) | |
| *v.* | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| URSULINE HIGH SCHOOL, *et al.*, | ) | |
| | ) | **ORDER** |
| Defendant. | ) | |

The Parties shall convene and jointly file a status report on the progress of proceedings in the Trumbull County Probate Court no later than October 1, 2026.

IT IS SO ORDERED.

September 4, 2026
Date

*/s/ Benita Y. Pearson*
Benita Y. Pearson
United States District Judge